HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
BANIPAL BEDJAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:13-cr-0213 LJO / SKO |
|---|---|
| *Plaintiff,* | ) |
| v. | ) WAIVER OF DEFENDANT'S PERSONAL |
| BANIPAL BEDJAN, | ) PRESENCE; ORDER THEREON |
| *Defendant.* | ) |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Banipal Bedjan, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the

///

///

1  requirement of his appearance at said time and place.

     2

     3  DATED: July 12, 2013                    */s/ Banipal Bedjan*
                                                BANIPAL BEDJAN
     4

     5

     6  DATED: July 15, 2013                    */s/ Peggy Sasso*
                                                PEGGY SASSO
     7                                          Assistant Federal Defender
                                                Attorney for BANIPAL BEDJAN
     8

     9

    10

    11

    12                                  **O R D E R**

    13

    14      GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be

    15  waived at any and all non-substantive pretrial proceedings until further order of the court.

    16

    17

    18  IT IS SO ORDERED.

    19  **Dated:   July 15, 2013**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE
    20

    21

    22

    23

    24

    25

    26

    27

    28